ORIGINAL

$50 FEE PAID
#187360
FEE NOT PAID
(SEND LETTER)

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 JUL 29 A 9:32

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ROBERT RIGNEY, | ) |
| Plaintiff, | ) Civil Action No. AMD02 CV 1935 |
| v. | ) |
| AETNA INSURANCE CO., et al., | ) |
| Defendant. | ) |

FILED ____ ENTERED ____
____ LODGED ____ RECEIVED ____

JUL 31 2002

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Douglas Adams, am a member in good standing of the bar of this Court. My bar number is 15410. I am moving the admission of Mark T. Phillis to appear *pro hac vice* in this case as counsel for Defendant Donald Morford.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and United States Courts:

| Court | Date of Admission |
|---|---|
| Commonwealth of Pennsylvania | 12/21/92 |
| United States District Court –Western District of Pennsylvania | 12/01/92 |
| United States Court of Appeals – Third Circuit | 05/10/94 |
| United States Court of Appeals – Seventh Circuit | 11/20/95 |
| United States Court of Appeals –Ninth Circuit | 05/16/94 |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hace vice* in this Court no other times.



3.  The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

4.  The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he shall be subject to the disciplinary jurisdiction of this Court.

5.  The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.  The undersigned movant is also a member of this Court in good standing, and will serve as co-counsel in these proceedings.

7.  A check for the $50.00 fee for admission *pro hac vice* is enclosed.

Respectfully submitted,

MOVANT

PROPOSED ADMITTEE

Douglas Adams
ID No. 15490
Litter Mendelson
1225 I Street, N.W.
Suite 1000
Washington, DC 20005-3914
(202) 842-3400 (telephone)
(202) 842-0011 (facsimile)

Mark T. Phillis
Littler Mendelson
Dominion Tower
625 Liberty Avenue, 26th Floor
Pittsburgh, PA 15222
(412) 201-7600 (telephone)
(412) 456-2377 (facsimile)

Prid 290009
Plid 113646

Attorneys for Donald Morford, Defendant

## ORDER

☑ GRANTED  ☐ DENIED

_7-30-02_
Date

Felicia C. Cannon
by _Lisa Stavrou_
Clerk, United States District Court

PITTSBURGH:10675.1 023477.3000
07/24/02

## CERTIFICATE OF SERVICE



I hereby certify that a copy of the foregoing **MOTION FOR ADMISSION *PRO HAC VICE*** was served upon the following by regular United States first-class mail, postage prepaid, this 26th day of July, 2002.

>Richard P. Neuworth, Esquire
>Lebau & Neuworth, L.L.C.
>606 Baltimore Avenue, Suite 201
>Baltimore, MD 21204
>
>Bryan D. Bolton, Esquire
>Funk & Bolton, P.A.
>100 Light Street, Suite 1000
>Baltimore, MD 21202

_____
Douglas Adams

PITTSBURGH:10675.1 023477.3000
07/24/02