IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**Robert Rigney**

**PLAINTIFF**              *

v.                         *        Civil Action No. AMD-02-1935

**Aetna Insurance Co. et.al.**   *

**DEFENDANTS**             *

                           *

## ORDER

Now it is 23rd day of September 2002, ORDERED, ADJUDGED AND DECREED:

Plaintiffs' Motion For Leave To File An Amended Complaint is granted.

U.S. DISTRICT JUDGE

