UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0801
FAX (410) 962-0820

October 18, 2002

MEMORANDUM TO COUNSEL RE:

Rigney v. Aetna Insurance Co.
Civ. No. AMD 02-1935

    I acknowledge Mr. Ismay's letter dated October 17, 2002, suggesting that I suspend the scheduling order in this case pending completion of the ADR process.

    As counsel are fully aware from the admonition in our standard scheduling orders, such as the one issued in this case, the request for an early settlement conference "will not postpone discovery unless otherwise ordered." I take into account numerous factors in deciding on a case-by-case basis whether to suspend discovery pending early mediation. I am not persuaded that in this case a suspension of discovery pending mediation is appropriate.

    Accordingly, the proposed stipulation enclosed with Mr. Ismay's letter has not been approved, and the deadlines set forth in the extant scheduling order remain fully in effect.

Very truly yours,

Andre M. Davis
United States District Judge

AMD:tt
cc: Court File