IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

**ROB RIGNEY**               *

    Plaintiff         *

v.                          *   **Civil Action No.: AMD 02-1935**

AETNA INSURANCE CO.          *
    Defendants

## ORDER

Now it is this _21st_ day of _Oct_, 2002, ORDERED, ADJUDGED AND DECREED:

Plaintiff's Motion for Leave to file a Second Amended Complaint is granted.

                                                     U.S. DISTRICT JUDGE

