UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ROBERT RIGNEY,                              *

    Plaintiff,                              *

v.                                          *   Civil Action No. AMD 02-CV-1935

AETNA INSURANCE COMPANY, *et al.*,          *

    Defendants.                             *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Robert Rigney, and Defendants, Aetna Life Insurance Company, Donald Morford, and the Kmart Corporation Long Term Disability Income Plan, pursuant to Fed. R. Civ. P. 41(a)(1), hereby stipulate to the dismissal of the above-captioned action with prejudice.

Respectfully submitted,

_____          _____
Richard P. Neuworth, Esquire          Bryan D. Bolton, Esquire
                                      Federal Bar No. 02112

Lebau & Neuworth                      Funk and Bolton, P.A.
606 Baltimore Avenue, Suite 201       36 South Charles Street, 12th Floor
Baltimore, Maryland 21204             Baltimore, Maryland 21201
(410) 296-3030                        (410) 659-7700
Fax: (410) 296-8660                   Fax: (410) 659-7773

Attorneys for Robert Rigney           Attorneys for Aetna Life
                                      Insurance Company

_____
Mark T. Phillis, Esquire

Littler Mendelson
Dominion Tower
625 Liberty Avenue, 26th Floor
Pittsburgh, Pennsylvania 15222
(412) 201-7600
Fax: (412) 456-2377

Attorneys for Donald Morford
and The Kmart Corporation Long
Term Disability Income Plan

_____
Peter Susser, Esquire
Bar No. 25688
Douglas Adams
Bar No. 15490

Littler Mendelson
1225 I Street N.W., Suite 1000
Washington, D.C. 20005-3914
(202) 842-3400
Fax: (202) 842-0011

Attorneys for Donald Morford
and The Kmart Corporation Long
Term Disability Income Plan

SO ORDERED:

December 30, 2002
_____
Date

_____
United States District Judge

10030.024: 59208

DEC 30 2002

2